UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Veronica M. Davis-Fisk, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Richard J. Miller & Associates, P.C. d/b/a Miller & Associates,

                Defendant.

Docket No: 1:17-cv-01048-MAD-CFH

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 10, 2018

**BOND, SCHOENECK & KING PLLC**

By:   /s Stuart Klein
Stuart Klein, Esq.
22 Corporate Woods Boulevard
Albany, New York 12211
Tel: (518) 533-3211
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113882
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: April 18, 2018
      Albany, NY